**DISMISS and Opinion Filed May 4, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00986-CV

**VAULT VENTURES, LLC, AMERICAN KGB, INC., A & MS INVESTMENT, INC., J. KARIM CORP., KRISHNA ESHANA, INC., JANICE R. STEWART, BPYS, LLC, TEXAS GIFT AND TOBACCO, INC., MY BROADWAY C STORE, INC., ONE OLD COUNTRY TOBACCO, INC., PLAINTIFF WEISS, DARRYL J. PRUETT, AHMED CHAUDHRY, PANTA & SONS, INC., BLUE SKY BK, LLC, KOPILA INVESTMENTS, INC., ARSH GROUP, LLC, RAKESH PATEL, MUSTAFA MAHMOUD, SAI ARYA LAXMI, INC., POORMAND INVESTMENTS, INC., NS3 ALLIANCE, INC., MOHAN LAL, USMAN & AZIZ, INC., KANAKI, LLC, LATOYA SHRESTHA, G&A PETRO, LLC, FIVE PILLARS, INC., AND S & F LEGACY, INC., Appellants**
V.
**CITY OF MESQUITE, CLIFF KEHELEY, MESQUITE CITY MANAGER, AND JEFF ARMSTRONG, DIRECTOR OF PLANNING AND DEVELOPMENT SERVICES FOR THE CITY OF MESQUITE, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-19115**

## MEMORANDUM OPINION
Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Garcia

Appellants appeal from the trial court's October 19, 2021 order granting the plea to the jurisdiction filed by defendants City of Mesquite and Mesquite City Manager Cliff Keheley and dismissing appellants' claims against them. The order

is interlocutory because appellants' claims against defendant Jeff Armstrong, Director of Planning and Development Services for the City of Mesquite, remain pending. Accordingly, this is an accelerated appeal pursuant to section 51.014(a)(8) of the civil practice and remedies code. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8) (permitting appeal of interlocutory order granting plea to jurisdiction of governmental unit).

In an accelerated appeal, a notice of appeal is due within twenty days of the date the order is signed or, with an extension motion, within fifteen days of the deadline. *See* TEX. R. APP. P. 26.1(a); 26.3. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See See Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal jurisdictional).

The notice of appeal of the trial court's October 19 order was due November 8, 2021. *See* TEX. R. APP. P. 26.1(b). Appellants filed a notice of appeal on November 10, two days past the deadline. By letters dated December 15, 2021 and January 31, 2022, the Court informed appellants that they could remedy the timeliness problem by filing an extension motion that complies with rule 10.5(b)(1) and (2). *See id*. 10.5(b)(1), (2); 26.3. We cautioned appellants that failure to comply may result in dismissal of the appeal without further notice. The last deadline for complying has passed and appellants have not filed an extension motion or otherwise

–2–

communicated with the Court.  Accordingly, we dismiss the appeal for want of jurisdiction.  *See id*. 42.3(a).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

210986F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VAULT VENTURES, LLC, AMERICAN KGB, INC., A & MS INVESTMENT, INC., J. KARIM CORP., KRISHNA ESHANA, INC., JANICE R. STEWART, BPYS, LLC, TEXAS GIFT AND TOBACCO, INC., MY BROADWAY C STORE, INC., ONE OLD COUNTRY TOBACCO, INC., PLAINTIFF WEISS, DARRYL J. PRUETT, AHMED CHAUDHRY, PANTA & SONS, INC., BLUE SKY BK, LLC, KOPILA INVESTMENTS, INC., ARSH GROUP, LLC, RAKESH PATEL, MUSTAFA MAHMOUD, SAI ARYA LAXMI, INC., POORMAND INVESTMENTS, INC., NS3 ALLIANCE, INC., MOHAN LAL, USMAN & AZIZ, INC., KANAKI, LLC, LATOYA SHRESTHA, G&A PETRO, LLC, FIVE PILLARS, INC., AND S & F LEGACY, INC., Appellants

On Appeal from the 44th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-19115. Opinion delivered by Justice Garcia. Justices Molberg and Reichek participating.

No. 05-21-00986-CV        V.

CITY OF MESQUITE, CLIFF
KEHELEY, MESQUITE CITY
MANAGER, AND JEFF
ARMSTRONG, DIRECTOR OF
PLANNING AND DEVELOPMENT
SERVICES FOR THE CITY OF
MESQUITE, Appellees

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees CITY OF MESQUITE, CLIFF KEHELEY, MESQUITE CITY MANAGER, AND JEFF ARMSTRONG, DIRECTOR OF PLANNING AND DEVELOPMENT SERVICES FOR THE CITY OF MESQUITE recover their costs of this appeal from appellants VAULT VENTURES, LLC, AMERICAN KGB, INC., A & MS INVESTMENT, INC., J. KARIM CORP., KRISHNA ESHANA, INC., JANICE R. STEWART, BPYS, LLC, TEXAS GIFT AND TOBACCO, INC., MY BROADWAY C STORE, INC., ONE OLD COUNTRY TOBACCO, INC., PLAINTIFF WEISS, DARRYL J. PRUETT, AHMED CHAUDHRY, PANTA & SONS, INC., BLUE SKY BK, LLC, KOPILA INVESTMENTS, INC., ARSH GROUP, LLC, RAKESH PATEL, MUSTAFA MAHMOUD, SAI ARYA LAXMI, INC., POORMAND INVESTMENTS, INC., NS3 ALLIANCE, INC., MOHAN LAL, USMAN & AZIZ, INC., KANAKI, LLC, LATOYA SHRESTHA, G&A PETRO, LLC, FIVE PILLARS, INC., AND S & F LEGACY, INC.

Judgment entered May 4, 2022